UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11630-RWZ

WILSON OSORNO

v.

GARY RODEN,
Superintendent, MCI-Norfolk

Order on Application for a Certificate of Appealability
May 13, 2011

ZOBEL, D.J.

On March 29, 2011, this court dismissed Wilson Osorno's petition for relief under 28 U.S.C. § 2244 because it was time barred. Although the case has had a convoluted history, I do not believe the appeal raises any unresolved issues as to which there is disagreement.

The application is denied.

    May 13, 2011                        /s/Rya W. Zobel
        DATE                               RYA W. ZOBEL
                                         UNITED STATES DISTRICT JUDGE